E-FILED
Wednesday, 13 April, 2022  04:33:39 PM
Clerk, U.S. District Court, ILCD

Moorish american national government

Empire State of Morocco

The united states of the republic

**FILED**

APR 1 3 2022

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## *Affidavit of fact/truth*

*22-1126*

*I affiant and undersigned el unus per solem bey ex-relation to Brian A. Burnside do duly affirm and make affirmation under oath and under penalty of perjury that the following testimony below is true in both fact and law, and I duly affirm and raise my hand to this by my best knowledge and belief to the facts contained in this claim and the facts of law that, the facts are true and of a factual basis.*

To: united states district court

for the

central district of illinois

| | | |
|---|---|---|
| Affiant; | ) | |
| El Unus Per Solem Bey direct ex relation | ) | |
| to Brian A. Burnside in propria persona status | ) | Case No. |
| sui juris. | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| Defendant(s); | ) | |
| Brandon Kientzle OF THE CITY OF PEORIA POLICE | ) | |

DEPARTMENT (in official and private capacity),                    )

Jeffrey Hinshaw OF THE CITY OF PEORIA

POLICE DEPARTMENT (in official and private capacity),

Terry Muench OF THE TENTH JUDICIAL CIRCUIT COURT

COUNTY OF PEORIA (in official and private capacity),

Katherine Gorman OF THE TENTH JUDICIAL CIRCUIT

COURT COUNTY OF PEORIA (in official and private capacity),

Kevin W. Lyons OF THE TENTH JUDICIAL CIRCUIT COURT

COUNTY OF PEORIA (in official and private capacity),

Kimberly Nelson OF THE COUNTY OF PEORIA JAIL

(in official and private capacity), Will Smith OF THE COUNTY

OF PEORIA JAIL  (in official and private capacity), Brian

Asbell OF THE COUNTY OF PEORIA JAIL (in official and private capacity),

DSC Hart OF THE COUNTY OF PEORIA JAIL (official and private capacity),

C. Hofmann OF THE COUNTY OF PEORIA JAIL (in official and private capacity),

and Alexander Eddlemon  OF THE COUNTY OF PEORIA JAIL

(in official and private capacity).

---

*Natural Person claim of violations to inalienable civil rights*

---

In the united states of the republic jurisdiction, under the united states constitution, 28 u.s.c 1331, 28

u.s.c 1343 (3) and 42 u.s.c 1983. Affiant is moor/muur american national.

I affiant duly affirm under oath and penalty of perjury the following is a true testimony and claim of

factual basis that I was illegally and unlawfully placed under a false arrest and unreasonably seizure for

up to sixty (60) days in THE COUNTY OF PEORIA JAIL from 12/01/2021 until 01/29/2022 and forced to

pay bail twice for one offense that I had previously posted bail for on 10/22/2021 (double jeopardy). I

was placed under the unlawful arrest despite the court order/bill of indictment signed by CHIEF JUDGE

(Katherine Gorman) that said I was released pending the case and that I was to be given a notice to

appear at the arraignment date. Everyone was made knowledgeable including the arresting officers, the

sheriff, jail officials, the prosecuting attorney, and even the perpetrating judge's. Despite this knowledge

the officials failed to act and or report. The judge's also upheld the unlawful unreasonable seizure and

arrest and violated several rights and on several occasions committed fraud by falsifying evidence and

claims against me. While in the COUNTY OF PEORIA JAIL, I was forced to sleep on the concrete ground

for up to twenty-three (23) days with no mattress or blanket and went under several methods of torture

including; being left handcuffed behind my back to a wall post for several extending hours without relief

and being placed in a full strap down chair, handcuffed and bound by my hands and feet while also

being left for several extending hours without any form of relief while being mocked and tormented by

jail official staff members. On one occasion I was beaten and battered by jail officials while in full

restraint chair with no way to defend the attack. The following acts violated many of my unalienable

natural rights protected and secured in the united states constitution; to include but not limited to the

5th and 14th amendment- infringement of life, liberty, property, and the pursuit of happiness before a

due process of law equal protection. The 4th amendment- which protects the rights to be free in one's

privacy and to be free from unreasonable search and seizure and excessive force . The 8th amendment-

which protects against cruel and unusual punishments and the laws that protects against double

jeopardy and excessive bails. Also the 11th amendment- which protects against inhumane punishments

and inhumane treatment. It should be noted that I do believe that the actions done against me is a

direct retaliation due to the lawsuit that I filed against THE JUDGES, PROSECUTORS, AND SHERIFF OF

THE COUNTY OF PEORIA based off the several unlawful, unwarranted arrest/harassment that was

placed upon me and the back and forth disputes between me and the parties in the weeks and months

leading up to this incident in which I have video recordings of ; including three (3) unlawful arrests that

took place while trying to retrieve transcripts from THE CIRCUIT CLERK'S OFFICE, which would also

constitute a 1st amendment violation to my natural rights and the rights and laws that protect from

retaliation due to a petitioning of grievances. Also evidenced in the following actions of the defendants

with dates and times following;…….

I am el unus per solem bey direct ex relation to Brian A.Burnside in capitis diminutio nolo, in red ink in

propria persona sui juris, in proprio solo, and in proprio heredes, fiduciary for the Empire State of

Morocco a natural person and not a 14th amendment corporation person, nor am I a person whose

rights can be violated/deprived concerning the united states constitution. I am the said affiant who

alleges that my constitutional rights were violated by the individuals named in the following pages.

Defendant #1; On 12/01/2021 Jeffrey Hinshaw, OF THE CITY OF PEORIA POLICE DEPARTMENT placed me

under a false  arrest/unlawful seizure as I was exiting my public gym without ever asking me any

questions or for my name just grabbing me then placing handcuffs on me and gave false testimony that

he had a warrant for my arrest. 4th amendment violation see Kaupp v. Texas, 123 S. Ct. 1843 (2003).

When i asked to produce said warrant (he) refused, violating the 4th and 5th amendments. On

12/01/2021 (Hinshaw) forced me into custody OF THE COUNTY OF PEORIA POLICE STATION to give a

statement and for questioning against my consent and my asserted rights to remain private and silent.

(Hinshaw) asked if I wanted to go to THE COUNTY OF PEORIA POLICE STATION, which I stated, "I did not"

and continually asserted my rights to remain silent. (Hinshaw) violated these rights and took me into the

STATION to force a statement against my rights. Violating the 4th and 5th amendments which states; I shall not be compelled to be a witness against myself. See,  Miranda v. Arizona, 384 U.S. 436.  After the forced interrogation, I was forced into THE COUNTY OF PEORIA JAIL by affiliated unknown employees, thus constituting false/unlawful imprisonment/unreasonable seizure . I was deprived of life/freedom before a due process until 01/29/2022 continuing seizure.


Defendant #2; On 12/01/2021 Brandon Kientzel OF THE CITY OF PEORIA POLICE DEPARTMENT assisted (Hinshaw) with placing me under arrest and also gave false testimony that he had a warrant for my arrest. 4th amendment violation see Kaupp v. Texas, 123 S. Ct. 1843 (2003). When asked to produce said warrant (he) refused, violating the 4th and 5th amendments. Proof of the officer's actions being willful and wanton as follows:

1.) During this incident officer's can be heard saying great job, you got him in less than twenty-four (24) hours.

2.) During the arrest and after I was forced into THE CITY OF PEORIA POLICE STATION for questioning , I was question about my Islamic faith/heritage in being moorish american, in regards to a on the phone disagreement days prior to the seizure between myself and the captain of the station while I was inquiring about an unlawful arrest and seizure of one of the members to the moorish temple. On one occasion the officers stated that I should leave the country while in interrogation. In the officer's arrest report he mentioned my FACEBOOK post where I stated that the members OF THE CITY OF PEORIA POLICE DEPARTMENT wanted me dead given direct notion that I was targeted.

3.) During the disagreement, prior to the arrest the captain OF THE CITY OF PEORIA POLICE DEPARTMENT, stated that he was going to arrest me when he saw me.

4.) The officers can be seen on video falsifying testimony and evidence saying, that they had a active warrant for my arrest signed by a judicial officer.

5.) On 12/01/2021 on Officer (Hinshaw's) dash cam which I saw was recording me, I stated multiple times that I did not want to go to THE CITY OF PEORIA POLICE STATION for questioning in reply to (Hinshaw) asking if I wanted to go down to THE CITY OF PEORIA POLICE STATION to give a statement. I repeated several times that I was reserving and invoking my right to remain silent but (Hinshaw) blatantly disregarded these reservations and invocations. (Hinshaw) still forced me into THE CITY OF PEORIA POLICE STATION and left me to be interrogated for hours without providing my rights to a lawyer/counsel as I opted for. See, Miranda v. Arizona, 384 U.S. 436, thus constituting a clear and blatant violation to the 4th and 6th amendments of the united states constitution. Also forcing me to be a witness against myself violating the 5th/14th amendments to the united states constitution and my rights secured therein.

6.) I also told (Hinshaw) to make sure he signed the arrest jail sheet so that I could indemnify who would compensate me for this loss, which he made sure he did not and kept his identity concealed. While in the interrogation room I could hear the officers on the other side of the door stating, "I'm not signing it", then another officer said, "I'm not signing it", ultimately the officers OF THE CITY OF PEORIA POLICE DEPARTMENT had a isolated jail wagon police driver sign the arresting sheet, also proving that the officer's actions was willful and wanton also proving that the officers knew the arrest was illegal and unlawful.

7.) On or about on 12/10/2021 the captain for THE COUNTY OF PEORIA SHERIFF'S DEPARTMENT, Chris Watkins spoke to me briefly outside the door of the transfer cell number 4 in which I was unlawfully held and stated to me, the real reason why I was locked up and arrested was due to me being disrespectful on the phone to one of their secretaries in regards to me inquiring about the unlawful arrest of one of the members to the moorish temple weeks prior to this incident,

proving the actions to be retaliatory in both nature and fact. This all proves that the actions

taken was willful and wanton beyond an unreasonable doubt/clear and convincing evidence.

Defendant #3; On 12/03/2021 Will Smith unlawfully placed me in a transfer cell OF THE COUNTY OF

PEORIA JAIL against the law of keeping me in holding since I had not broken my right to silence under

the 4th amendment of the united states constitution, by either taking a picture or allowing myself to be

fingerprinted/admitted into the jail's system under the fictitious warrant and false arrest/ unreasonable

seizure. (Smith) placed me in the transfer cell which is used for detainees being transferred to another

place against my will and consent, also, he placed me in the transfer cell without any form of mattress or

blanket, which ultimately forced me to sleep on the freezing concrete ground for the next twenty two

(22) days which several jail employees witnessed and some have agreed to testify to. When I continually

asked for a mattress and blanket I was told that the supervisor (Smith) said not until I admit into the jail.

thus violating the 8th amendment of the united states constitution. See, Estelle v. Gamble, 429 U.S. 97

(1976). I was observed doing so by several jail employees. On 12/03/2021 (Smith) wrote false incident

reports on me stating that i interfered with his official duties and that I was disrespectful towards staff

and refused to follow orders. (Smith) then ordered that I be placed on a lockdown status in the transfer

cell and not be allowed to make any phone calls, thus depriving me of my rights and ability to create any

proper defense or post any bond as these rights are secured in the 5th amendment of the united states

constitution, due process clause. It should also be noted that on 12/03/2021 before (Smith) removed me

from holding cell where I was able to make phone calls that my family (father, mother, sister, and wife)

was contacting the jail via phone inquiring of my false arrest/fictitious warrant which was verified by

(DCS Hofmann) on 12/02/2021 that the warrant was in fact a fictitious warrant not having been signed

by any judge which I notified my family of (DCS Hofmann) discovery on 12/3/21 shortly before (Smith)

forced me into transfer cell#4. On 12/03/2021 I notified (Smith) that the said warrant was fictitious per

DCS Hofmann and myself upon examination. (Smith) looked at the warrant and said he would return but never did. On 12/01/2021 upon force entrance into THE COUNTY OF PEORIA JAIL I gave direct knowledge to (DCS B. Johnson) that I was falsely rearrested and that I had not missed court or violated any terms of bond that I had previously posted on 10/22/2021. I asked (B. Johnson) to produce said warrant for my arrest which he did not. On 12/01/2021 (DCS Cox) provided me a fictitious warrant which was not properly sealed nor authentic, nor was the "warrant" signed by any judge or judicial officer.

Defendant #4; On 12/02/2021 Kimberly Nelson OF THE COUNTY OF PEORIA JAIL went to court on my behalf without my knowledge will and consent and stated that "I refused to go to court" at the time affiant was scheduled for a warrant hearing. On 12/03/2021 I was made aware of (Nelson's) action by my wife via jail payphone. The following act constitutes fraud also a invasion of privacy under the laws governing the 4th amendment of the united states constitution. Also violating the 5th and 14th amendments to the constitution which secures a due process before infringement of liberty, life, property. On 12/09/2021 I asked (Nelson) during tv court to fix the fraud she committed on my behalf which she refused, (Nelson) stated she was told by a third (3rd) party that I did not wish to attend court. I explained to (Nelson) that her actions constituted a intentional and deliberate fraud upon my natural person. (Nelson) again refused my request to fix her actions and refused to provide me a remedy for the liability she created. Maxim of law states whoever creates the liability must also provide the remedy.

Defendant #5; On 12/02/2021 C. Hofmann OF THS COUNTY OF PEORIA JAIL confirmed that the warrant document given to me on 12/01/2021 by (DCS Cox) was fictitious and that it in fact was not a valid arrest warrant and did not bare the signature of any judge. (Hofmann) then stated that he put a message in the jail system to the COURT'S SERGEANT (Nelson) and the ASSISTANT CORRECTIONS SUPERINTENDENT

(Turner). Between 12/09/2021-12/21/2021 (Hofmann) accompanied by jail employees (Rig), (Fandel), (Sanders), (Munoz) and (DCS Hart) handcuffed me to the wall of transfer cell # four (4) and left me standing handcuffed to the wall for several hours as a result of me knocking on the door for help. (Hofmann) stated that I had pissed him off and that I was getting on his nerves, thus constituting cruel and unusual punishment, which was done punitively as a form of punishment intentionally, deliberately, and maliciously creating the deliberate indifference/willful and wanton infliction. See, Ingraham v. Wright, 430 U.S. 651 (1977) and also Hope v. Pelzer, 536 U.S. 730 (2002). It should be noted that (Hofmann) executed this action by way of extreme force, by which he pointed his taser gun at my face and afterwards Hofmann and mentioned employees were laughing at me as a form of mockery violating the 4th amendment by using excessive force. Between 12/09-12/20/2021 (Hofmann) forced me by way of taser gun pointed at my face into a fully strapped down chair and left me there for hours to cause humiliation, pain, and anguish without any reason that would justify these actions. See, Hope v. Pelzer, 536 U.S. 730 (2002) and also Ingraham v. Wright, 430 U.S. 651 (1977).  I had not posed any threat towards myself or others being that I was isolated in a transfer cell with no way to pose any harm to anyone. Hofmann acted on his own accord retaliating against me, for refusing to enter and admit into the jail's system and reserving my rights under the 4th and 5th amendment of the united states constitution to not incriminate or be used as a witness against myself.. Thus violating the 4th, 5th,14th and 8th amendments of the united states constitution cruel and unusual punishment. Also violating the 11th amendment of the united states constitution for inhumane treatment and/or punishment. Between 12/09-12/20/2021 Hofmann again strapped me down in a full strap down chair for the 2nd time after I was knocking on the transfer cells door for someone to help me with getting a phone call to my counsel/attorney. I was left strapped by straps and handcuffs on my hands and feet also my neck and shoulders so that I could not move. I was left for several hours, again Hofmann imposed deliberate cruel and unusual punishment/willful and wanton infliction, and also inhumane treatment violating the 8th

and 11th amendments of the united states constitution. Also use of excessive force violating the 4th

amendment. See, Hope v. Pelzer, 536 U.S. 730 (2002) and also Ingraham v. Wright, 430 U.S. 651 (1977).

On 12/10/2021 (Hofmann) and jail employee (Dehne) bring me a fictitious search warrant executed by

(Todd Green) which the warrant was dated in year 2018 by (Judge Washington) OF THE TENTH JUDICIAL

CIRCUIT COURT OF PEORIA COUNTY. See fictitious warrants I have as proof for evidence. On 12/23/2021

(Hofmann) denied me still a blanket and mattress after nurse (Owens) confirmed that I was running a

fever, forcing me to continue to sleep on the extremely cold and hard concrete with chills even after

confirming I was COVID positive. 8th amendment violation to the united states constitution. See, Estelle

v. Gamble, 429 U.S. 97 (1976) it should be noted that the air conditioning unit was turned up high

making the cell extremely cold which I had nothing to protect myself from enduring the torture even

while running a high fever over 100 I do believe the conditions contributed to me becoming I'll.

(Hofmann) accompanied the nurse (Owens) when checking my temperature and had direct knowledge

of my illness and when asked still denied me a blanket and mattress. Proving willful and wanton

infliction.

Defendant #6; On 12/21/2021 while under false imprisonment DCS Hart OF THE COUNTY OF PEORIA JAIL

forced me into a full strap down chair by way of pointing a laser dot to my face from her taser gun after I

was knocking on the door for my weekly phone call for which I was denied. During this time (Hart)

stated that she wanted to shoot me so bad and that she wish I died. (Hart) performed this act punitively

as a form of punishment intentionally, deliberately, and maliciously creating the deliberate

indifference/willful and wanton infliction. (Hart) left me in the strap chair screaming for several hours to

no avail which mental health worker (Becky) was a witness to who tried to talk (Hart) out of keeping me

in the chair but was denied by (Hart) please see transfer cell# 4 jail camera. This act constitutes cruel

and unusual punishment and also inhumane treatment/inhumane punishment violating the 8th and 11th

amendments of the united states constitution as well as the 14th and 4th amendment excessive force.

See Hope v. Pelzer, 536 U.S. 730 (2002),  Ingraham v. Wright, 430 U.S. 651 (1977) and also Hudson v.

McMillian, 503 U.S. 1 (1992). (Hart) also participated in me being handcuffed behind my back to the wall

post which was separated between a steel bench creating a very painful and uncomfortable position in

which I was left standing in for hours. (Hart) also accompanied (Hofmann) in strapping me in a full strap

down chair for hours. See jail's transfer cell camera where I was held from 12/03-01/29/2021. See Hope

v. Pelzer, 536 U.S. 730 (2002) and also Ingraham v. Wright, 430 U.S. 651 (1977). It should be noted that

these individuals acted on their own outside the authority of their official capacity without any mental

health official orders to put me in a suicide strap down chair disqualifying any such chance to to claim

immunity.

Defendant #7; On 01/13/2021 Alexander Eddlemon OF THE COUNTY OF PEORIA JAIL forced me into a

full strap down chair after I was knocking on the transfer cell door for chemicals to prevent the spread of

Coronavirus, being that I had recently tested positive for. (Eddlemon) forced me into the chair with taser

gun and accompanied by other COUNTY OF PEORIA JAIL  employees being; (Trunk), (Garcia), (Riegelein),

(Pompa), (Michel), and (Wight) after i was restrained by handcuff on feet and wrist at some point I

yelled "stop" towards (Eddlemon), then (Eddlemon) began punching me in the face and put his knee

forcibly in  my stomach causing excruciating pain while I was already fully restrained by the chair

handcuffed and strapped down. See, Hope v. Pelzer, 536 U.S. 730 (2002) and also Ingraham v. Wright,

430 U.S. 651 (1977). Excessive force/cruel and unusual punishment and inhumane treatment 4th, 5th,

14th, 8th, and 11th amendments violations (Eddlemon) then began to jump on me and started pushing the

palm of his hand into my nose and mouth at which point I tried to moved away which only infuriated

him. At this point I said, "I can't breathe", (Eddlemon) continued to assault me. See, Hope v. Pelzer, 536

U.S. 730 (2002) and also Ingraham v. Wright, 430 U.S. 651 (1977). Thus creating cruel and unusual

punishment as well as inhumane treatment violating the laws governing the 8th and 11th amendments of

the united states constitution. See video at COUNTY OF PEOIRA JAIL transfer cell surveillance camera

and also review medical staff (Ashley Jones) report. See,  Hope v. Pelzer, 536 U.S. 730 (2002) and also

Ingraham v. Wright, 430 U.S. 651 (1977). (Jones) confirmed that my face suffered cuts and bruising also

(Jones) confirmed my nose bleeding which, she along with other nursing staff cleaned. (Eddlemon)

actions proved to be willful and wanton. I was left strapped in the chair with no relief for over 5 hours,

nursing staff did 5 hourly checks every encounter I stated that i was not a threat to myself or others (see

jail medical file) which I've requested but have been denied thus far.


Defendant #8; On 12/02/2021 Kevin W. Lyons OF THE TENTH JUDICIAL CIRCUIT COURT OF PEORIA

COUNTY fraudulently entered that I refused to attend court against my knowledge, will,  and consent

after notice that I was in custody was given to him which I was told by (Jail SGT Kimberly Nelson) he put

a warrant for my arrest. On 12/09/2021 while in front of (Lyons) I was scheduled for a warrant hearing.

(Lyons) called me to speak but when I went to speak and said "I am here by special appearance" (Lyons)

told me to "shut up and sit down" then stated that "You're not a lawyer". When I asked (Lyons) did he

put a warrant out for my arrest he ignored me. I was then removed against my will BY COUNTY OF

PEORIA COURT SECURITY GUARDS and back into the custody OF THE COUNTY OF PEORIA JAIL (Lyons)

never spoke to me again that day never did he address the matter nor the warrant that day either

leaving me condemned before being heard, violating my rights secured by the Maxim (Audi Alteram

Partem). The hearing was to serve as a first appearance hearing after being arrested on a fictitious

warrant. On 12/20/2021 (Lyons) violated my rights and judicial ethic code in that (Lyons) knowingly

committed double jeopardy. On 12/20/2021 I pointed out to (Lyons) that I had already bonded out in

this matter and had not violated bond conditions and that I wasn't set for court on the matter again

until 1/11/22 per judge (Washington) (see included court order from judge Washington ) Also i informed

(Lyons) of (Katherine Gorman's) order/bill of indictment in which it stated by (Gorman) I was to be given

a notice to appear not (re-arrest). (Lyons) blatantly ignored the evidence and denied my right to be free

from double jeopardy. Violating the 5th amendment of the united states constitution which states " No

person shall be subject for the same offense to be twice put in jeopardy of life or limb."  On 12/20/2021

(Lyons) deprived me of a constitutional right being (the right to life liberty property before a due process

of law) by forcing me to stay in jail on excessive bail/bond of $50,000. Violating my rights protected by

the 8th amendment of the united states constitution, "Excessive bail shall not be required, nor excessive

fines imposed, nor cruel and unusual punishments inflicted." See Stack v. Boyle, 342 U.S. 1 (1951). On

12/20/2021 when I asked (Lyons) for a preliminary hearing (Lyons) denied my request and made

remarks saying he's the only one that can make request of the court. On 12/20/2021 (Lyons) gave (false

evidence testimony) as to the false arrest warrant that had me in custody. (Lyons) after I asked him did

he put a warrant out for my arrest, stated first that he did not know if he put out a warrant for my

arrest. Then (Lyons) stated to me, "What if I did", I did not reply. Then (Lyons) stated "ok, I did", but the

warrant signature is not compatible with (Lyons) signature on his order issued on 12/20/2021. See proof

via several court orders signed by Lyons and fictitious warrant included for proof proving willful and

wanton infliction. On 1/20/2022 (Lyons) stated that the prose-cutor (Muench) was moving on from the

case and that the prose-cutor was lucky. (Lyons) then read from the indictment paper that said I was

supposed to be released and given a notice before unlawful seizure in this matter on 12/01/2021 then

stated, "How did I get this case?  I don't know it must have been my lucky day." Also proof that (Lyons)

did not enter arrest warrant) (Lyons ) instead of setting me free still imposed the bond on me but

lowered the cost. On 02/09/2021 and also 03/10/2021 (Lyons) read the district court order in my lawsuit

from previous member OF THE TENTH JUDICIAL CIRCUIT COURT COUNTY OF PEORIA (Shadid), to me

acknowledging he knew of my suit against his circuit. Refer to court records. On 03/09/2021 (Lyons) had

a judge substitute him (Gorman) who sent me to jail on $50,000 bond for failure to appear even though I

was present in court when she had me arrested. On 03/14/2021 (Lyons) responded to my presenting by

special appearance with "shut up and sit down, now you will go last." My mother and wife were

witnesses to this judicial misconduct thus violating several judicial ethics codes and my rights protected

in the 5th and 14th amendments to the united states constitution. On 03/14/2021 (Lyons) asked about

the video recording in my phone of (Gorman) having me arrested for failure to appear, even though I

was there in person, forcing me to pay $50,000 bond which, she had previously ordered in the

indictment which I was falsely arrested for on 12/01/2021. (Lyons) On 3/14/22 threatened me in open

court after I was forced to pay $5,000 to bond on 03/09/2022 by (Gorman) by stating if you come back

here again and say anything other than what I want to hear I'm going to lock you back up on a $200,000

bond and you'll stay there til you can bond out so and I quote "scrape it up!".  (Lyons) also stated he

likes me better while I'm in jail. (Lyons) violated and deprived me of my rights secured by the 5th, 8th, and

14th amendments of the united states constitution of the due process clause. See, Stack v. Boyle, 342

U.S. 1 (1951).  (Lyons) acted outside the scope of his official capacity and duties his actions were

intentional and deliberate/willful and wanton disqualifying any chance of immunity.


Defendant #9; On 11/19/2021 Terry Muench OF THE TENTH JUDICIAL CIRCUIT COURT COUNTY OF

PEORIA filed a charge against affiant for aggravated fleeing and eluding. On 11/30/2021 (Muench)

indicted the charge of aggravated fleeing and eluding in which it was ordered in the indictment that I

had been released pending this case and that the clerk of the court was ordered to notify me to appear

at the arraignment date per (Katherine Gorman). See bill of indictment included for evidence. On

12/01/2021 (Muench) received notice that I was in custody but did not call to have me freed which

constitutes a continuing seizure (see jail record included for evidence) despite the indictment which

ordered that I be given notice to appear, never attaching or specifying an arrest warrant. On 12/02/2021

an arrest notice was sent to (Muench) and the PROSECUTOR OFFICE OF THE TENTH JUDICIAL CIRCUIT

COURT COUNTY OF PEORIA, again notifying (Muench) that I was in custody. On and between

12/02/2021 and 01/29/2021 my family (wife, mother, and sister) sent several notices to (Muench) that I

was unlawfully re-arrested under double jeopardy in THE COUNTY OF PEORIA JAIL still (Muench) refused

to act and at one point somebody from the prosecutor office threatened to lock my wife up if she had

come back down to the office to inquire about the unlawful seizure. On 12/09/2021 (Muench) was

present at court (Muench) was present at court while I was brought over in custody and still refused to

act.  Continuing seizure. On 12/20/2021 (Muench) was present again being made aware that I was in

custody being held under false imprisonment and still failed to act. On 01/20/2022 (Muench) admitted

and acknowledged in open court that he knew that I had already posted bond on the matter in which I

was being held again by bond. (Double jeopardy) (continuing seizure) On 01/20/2021 (Muench) stated

that I had previously posted bond on 10/22/2021 in the amount of 10% of $7,500. (Muench)

acknowledged and was present when I pointed to (Lyons)  the indictment order which stated that, I

should have been given a notice to appear which was entered on 11/30/2021, by (Gorman), which I was

arrested for and held on 12/01/2021, not even a full twenty four (24) hours later after the order was

entered to give me a notice to appear by (Gorman) It should be noted that i was held on a double

jeopardy bond in the amount of 10% of $50,000 after previously posting 10% of $7,500 (Muench) after

viewing and having direct knowledge of all of the evidence pointing toward an illegal and unlawful

imprisonment/unreasonable seizure he still failed and refused to act and refused to set me free.

(Continuing seizure). See court records on 01/20/2021 and also see jail records that I have included for

evidence, proving that (Muench) was knowledgeable of his actions making him liable and creating the

deliberate indifference/willful and wanton actions.. 28 u.s.c 1343(a)(2) allows damages to be recovered

from any person who fails to prevent or aid in preventing any wrongs mentioned in section 1985 of title

42 which he had knowledge, were about to occur, and power to prevent. (Muench) intentionally

deprived me of life, liberty, property before a due process of law, thus violating the laws governing the

5th amendment of the united states constitution due process clause, also violating rights secured from

infringement of life, liberty, property before a due process. It should be noted that I was forced to stay

in THE COUNTY OF PEORIA JAIL from 12/01/2021 to 01/29/2022 until I could post the bond again for the

same charge/offense that I had previously posted bond for on 10/22/2021, that I was supposed to be

given a notice to appear for per the Chief Judge indictment order.


Defendant #10; On 12/06/2021 Brian Asbell OF THE COUNTY OF PEORIA JAIL failed to act and or failed

to protect affiant from the false imprisonment/unreasonable seizure in which I was being held. In that

on 12/06/2021 (Asbell) spoke to me face to face, in which I informed him that i was being held in his jail

under a double jeopardy false arrest. Affiant showed (Asbell) paperwork for proof. (Asbell) then told

affiant that if I was being held twice to bond on one same offense that i had a for sure lawsuit. Affiant

informed (Asbell) that I was not concerned about a suit, but more concerned for my freedom. (Asbell)

then gave me his word that he would set me free today being 12/06/2021, but that never happened and

(Asbell) never returned. It should be noted that I had previously prior to this false arrest sent notice of

pending suit to (Asbell) against him and his constituents in a separate matter from this in relation to the

suit against the judges, and prosecutors and county court house officials thus proving (Asbell actions to

be willful and wanton).


Defendant #11; On 11/30/2021 Katherine Gorman OF THE TENTH JUDICIAL CIRCUIT COURT OF THE

COUNTY OF PEORIA signed/executed a bill of indictment stating that I was to be given notice to appear

at arraignment date by THE CLERK OF THE COURT, in which (Gorman) attached a bond amount of

$50,000, 10% if I failed to appear. See Stack v. Boyle, 342 U.S. 1 (1951). On 12/01/2021 instead of

receiving that notice I was arrested and held on the indictment and bond amount. On 03/09/2022

(Gorman) substituted herself for (Lyons) in the matter that was to be before (Lyons) upon me entering

the court by special appearance and after (Gorman) called me up to the bar (Gorman) asked if I was

BRIAN ARMOND BURNSIDE, I stated that I am el unus per solem bey direct ex-relation to BRIAN

ARMOND BURNSIDE. (Gorman) then stated ok well since you are not BRIAN ARMOND BURNSIDE we will

enter a warrant for his arrest at 11:01 am CST. I then re-informed (Gorman) of my status change and

correction, which took place and was executed by THE TENTH JUDICIAL CIRCUIT COURT OF PEORIA

COUNTY JUDGE (Albert Purham) on 09/28/2021, also informing (Gorman) of my right to religion and

faith protected under the 1st amendment of the united states constitution, being my appellation is apart

of my Islamic faith. (Gorman) stated that I am not acknowledging you as such. I informed (Gorman) that

if she was in fact insisting that I am not who she is wanting to appear for this matter then I should be

free to go and if I am not the person who she is issuing a warrant for then I shall not be detained for the

party.  (Gorman) responded, "We'll see", then  (Gorman) told me I was free to leave. When I tried to

leave I was blocked by (Gorman's) COURT SECURITY OF THE TENTH JUDICIAL CIRCUIT COURT COUNTY

OF PEORIA (Herrin) who stated Gorman wanted me to stay. Shortly a few minutes later after (Gorman)

had several of her COURT SECURITY OFFICERS OF THE TENTH JUDICIAL CIRCUIT COURT COUNTY OF

PEORIA arrest me in the courtroom for a failure to appear in court warrant and executed the $50,000

bond that she signed in the indictment on 11/30/2021. It should be noted this was my 3rd time being

forced to jail and held to bond on this offense and at the time a plea of guilty or not guilty still was never

entered in the matter neither was there ever any evidence to say I committed the offense. My wife was

present and captured this incident on her cellular device via video recording. Please see recording. It

should be noted that (Gorman) is very familiar with me because she was a judge in my juvenile

proceedings in relation to my three (3) biological daughters for which I filed a lawsuit in THE DISTRICT

COURT FOR THE CENTRAL DISTRICT OF ILLINOIS on (Gorman) for on 10/19/2021. See case number 1:21-

1294. Proving retaliation/willful and wanton actions. I was forced to stay in THE COUNTY OF PEORIA JAIL

until I was able to post $50,000, 10% bond. It should be noted that prior to this incident (Lyons)

previously admitted several times on court record knowledge of my lawsuit filed by repeating the

judgment's entered in the lawsuit on record in open court by DISTRICT COURT FOR THE CENTRAL

DISTRICT OF ILLINOIS JUDGE (Shadid). Also on 03/09/2021 (Gorman) can be seen via video stating that

she is also familiar with all of my theories laid out in my lawsuit against her by judge (Shadid) proof that

her actions was retaliatory. On 03/09/2021 (Gorman) after getting knowledge that I recorded her and

before having me taken to THE COUNTY OF PEORIA JAIL ordered her COURT SECURITY OFFICER OF THE

TENTH JUDICIAL CIRCUIT COURT COUNTY OF PEORIA to take my cellular phone away from me and

demanded that I delete the video of her violating me before I could get my property back. Violating the

14th amendment which secured equal protection of rights and due process before infringement of life

liberty property . I was told by (Herrin) that if I did not delete the video I would never see my phone

again. On 03/14/2021 while in court back in front of (Lyons), (Lyons) asked me did the video get deleted

from my phone. Proving the officials knew their actions was direct violations to my rights.

*The following list of individuals are jail employees by last name, who were witnesses*

*to the inhumane treatment/cruel and unusual punishment of affiant being forced to*

*sleep on the concrete ground of the transfer cell with no mattress or blanket for the*

*first twenty-five (25) days of being in THE COUNTY OF PEORIA JAIL, under the*

*false/unlawful imprisonment/unreasonable seizure. (C.O. Hosea),(C.O.*

*Reigelein),(C.O. Dehne),(C.O. Shivers),(C.O. Sanders),(C.O. Harley),(C.O. T.*

*McCarroll),(C.O. P. Downing),(C.O. Allen),(C.O. Fenday),(C.O. H. Morrison),(C.O.*

*Garcia),(C.O. Cisna),(C.O. Rutherford),(Mental Health Becky),(Patrik with mental*

health from UNITY POINT),(C.O. Campbell),(C.O. Pompa),(C.O. J. Davis),(C.O.

Anderson),(C.O. L. Payton),(C.O. Munoz),(C.O. Burns),(C.O. Rig),( Nurse

Brittany),(Nurse Ashley Jones),( Nurse Owens),and (C.O. L. Hernandez).

The following list of individuals are jail employees by last name who offered to testify;

(C.O. Hosea),(C.O. Reigelein),(C.O. Dehne),(C.O. Harley),(C.O. Sanders),(C.O. P.

Downing),(C.O. Garcia),(C.O. Cisna),(C.O. Rutherford),(C.O. J. Davis),(C.O. T.

McCarroll),(Nurse Ashley Jones),(C.O. Munoz) and (Nurse Owens).

This is affiant's first suit for the said incident against the said defendants.

The following defendants before listed violated affiant's rights as follows;

1.) Arrested or seized affiant without probable cause or without affiant committing of any crime.

2.) Searched affiant or his property without a warrant or reasonable cause.

3.) Used excessive force upon affiant while affiant was already in restraints.

4.) Failed to intervene to protect affiant from violation of rights by one or more defendants.

5.) Failed to provide affiant with necessary medical care.

6.) Conspired together to violate one or more of affiant's rights.

7.) Affiant was not charged with any crime in relation to this incident.

8.) Defendants acted knowingly, intentionally, willfully, and maliciously creating the deliberate
indifference/willful and wanton actions to cause harm to affiant.

19

9.) As a result of defendants conduct affiant suffered bruising, cuts/lacerations, mental depression, mental anguish, emotional distress including; anxiety and PTSD. Affiant is now experiencing problems with walking and blood circulation due to being handcuffed very tightly at my wrists and feet and being left for several hours which I have been to the doctor for and have follow up appointments. I also experience excruciating back pain including pinched nerves and trouble sleeping due to being left in the full strap down/suicide chair and left for several hours with no relief. Affiant is also experiencing extreme migraine headaches when making contact with light due to being punched by guards while fully restrained also affiant now experiences lightheaded and random dizzy spells which causes my vision to blur, which I have been to the doctor for and have another follow appointment on 05/19/2022. Affiant also has experienced a loss of enjoyment of life due to the deprivation of my rights/unlawful kidnapping and being left to sleep on the concrete ground for three (3) weeks straight while being tortured and tormented by jail staff in which after release from the jail  affiant has been experiencing extreme periods of depression. In some occasions affiant has had suicidal thoughts due to the inhumane treatment and suffering endured while kidnapped inflicted by individuals named previously in suit.

10.) Affiant at this time does not wish to have jury trial. Without prejudice all rights reserved U.C.C. 1-308.

---

*Claim for relief demand*

---

Affiant is claiming (bodily harm),(emotional harm),(pain and suffering),(loss of enjoyment of life),(property damage),and (loss of unrecoverable time) I am seeking both compensatory damages and and punitive damages in the following amounts;

For the unreasonable seizure which led to the continued imprisonment, I am demanding to be paid the amount of $60,000 (sixty-thousand dollars) or United States federal reserve notes for each hour that I was deliberately and willfully deprived of life, liberty, and property, for sixty (60) days that were taken from me in which I was tortured ($60,000) multiplied by twenty-four (24) hours in a day is equivalent to ($1,440,000) one-million-four hundred and forty thousand dollars for each day taken multiplied by sixty (60) days is equivalent to ($86,400,000) eighty-six million and four hundred thousand dollars or United States federal reserve notes.

For the torture method of me being left to sleep on the concrete ground degrading annihilation of my human existence for over three (3) weeks, I am demanding in addition to the $86,400,000 that the amount of $2.5 million be paid for each day that I was forced to sleep on the concrete ground, suffering without a mattress or a blanket done to me punitively, intentionally, and deliberately/willful and wanton action. ($2.5 million) two million-five hundred thousand dollars each day multiplied by twenty-five (25) days is equivalent to ($62.5 million) sixty two million-five hundred thousand bringing the total to ($1,008,900,000) one billion-eight million and nine-hundred thousand dollars or United States federal reserve notes.

For each time that I was tied, bound, and handcuffed to the strap down chair and left for hours to suffer I am demanding the amount of ($5.5 million) five million and five-hundred thousand dollars or United States federal reserve notes this multiplied times the four (4) attacks is equivalent to ($22 million) twenty-two million dollars or United States federal reserve notes, thus bringing the total to ($1,030,900,000) one billion-thirty million and nine-hundred thousand dollars or United States federal reserve notes.

For the time that I suffered being left handcuffed standing for hours I demand the amount of ($4 million) four million dollars or United States federal reserve notes, bringing the total to ($1,034,900,000) one billion-thirty four million and nine-hundred thousand dollars or United States federal reserve notes.

For the actions taken by the officials where I was beaten to blood while already strapped in a full restraint chair I am demanding the amount of one hundred million dollars to be paid bringing the total to ($1,134,900,000) one-billion-one hundred-thirty four million and nine hundred thousand dollars or United States federal reserve notes.

For the isolated incident where I was arrested on the fraudulent failure to appear warrant on 03/09/2022 while present in open court, out of direct abuse of power and authority I am demanding the amount of ($1.6 million) one million-six hundred thousand dollars bringing the grand total to ($1,136,500,000) one billion-one hundred and thirty six million and five-hundred thousand dollars or United States federal reserve notes. Total money damages equals ($1,136,500,000) one billion-one hundred and thirty six million and five hundred thousand dollars.

In addition to the compensatory and punitive damages affiant is also seeking injunctive relief, being a restraining orders on THE COUNTY OF PEORIA SHERIFF'S DEPARTMENT AND CITY OF PEORIA POLICE DEPARTMENT for the ongoing threats, harassment, and attacks that have been imposed upon me for the last several months now and also for the fear of safety I have for my own life at this point of more retaliation and to prevent any such actions from occurrence.

An unrebutted affidavit on a point by point basis stands as fact by acquiescence, common law, and Maxim of law as well as contract.

Upon my inherited nobility and upon my private original/indigenous proper person status and upon my corporate liabilities, I pledge this to be my duly affirmed truth under oath of penalty and perjury. I pledge this to my moorish american/moabite nation/Empire State of Morocco under the five (5) highest points of light known to man being; love, truth, peace, freedom, and justice. I am the original/indigenous of amexem/al-Morocco/America/ancestral estates at all times. I am el unus per solem bey direct ex-relation to Brian A. Burnside, in capitis diminutio nolo, in red ink, in proprio solo, in proprio heredes, in propria persona status sui juris, full life, a natural private person and not a 14th amendment corporation person. I am a moorish american national reserving all of my unalienable rights secured/protected by the united states constitution and all peace treaties including the treaty of peace and friendship. Being that I am competent "sui juris" with my autograph this will become my affirmed truth to all the contents said in this claim, nunc pro tunc, under oath and penalty of perjury and to my best knowledge and belief based on the facts and the facts of law.

I am, *el unus per solem bey*

Without prejudice, all rights and liberties reserved U.C.C. 1-308.




23

Witness:

Name/appellation: *Nicole Burnside*    Date: *04/13/2022*

Without prejudice, all rights and liberties reservedU.C.C. 1-308.



Affiant contact information;

Daytime phone number: (309) 981-7276

Mailing location: c/o moorish american science temple 301 East Virginia Avenue Peoria, Illinois [61603]

E-mail: indianguy110@gmail.com

**NOTARY**

Notary for purposes of Identification Only, not to enter any foreign Jurisdiction.

State of ( *ILLINOIS*                )

County of ( *PEORIA*                )


Subscribed and sworn before me this *13th*    day of    *April*    two thousand and twenty

two in the year of our Lord.


Notary Public *Tyson Groh*

My Commission Expires *11/05/2025*

WITNESS my hand and official <u>seal</u>

TYSON GROH
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
November 05, 2025

Signature of Notary Public